UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARK SLAY (#102451)

VERSUS

RAMAN SINGH, ET AL

CIVIL ACTION

NO. 16-756-SDD-EWD

### RULING

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes dated March 8, 2018[1] to which no objection has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein. Accordingly, the Court declines to exercise supplemental jurisdiction relative to Plaintiff's state law claims. Further, Defendants' Motion to Dismiss[2] is DENIED and this matter is referred back to the Magistrate Judge for further proceedings.

Signed in Baton Rouge, Louisiana, on March 26, 2018.

*Shelly D. Dick*

JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

1 R. Doc. 9
2 R. Doc. 7